**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:  Case No.:21-17336-MAM
  Chapter 12
ANISA NAZAROVA

    Debtor.
_____/

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEER RUN PROPERTY OWNERS' ASSOCIATION, INC.'S MOTION TO DISMISS CHAPTER 12 CASE WITH PREJUDICE FOR BAD FAITH FILING AND FOR ORDER GRANTING PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY**

    DEER RUN PROPERTY OWNERS' ASSOCIATION, INC. ("Deer Run"), hereby requests, pursuant to Rule 201 of the *Federal Rules of Evidence* and Rule 9017 of the *Federal Rules of Bankruptcy Procedure*, that the Court take judicial notice of Exhibits "A" – "V" attached to Deer Run's Motion to Dismiss Chapter 12 Case with Prejudice for Bad Faith Filing and for Order Granting Prospective Relief from the Automatic Stay (the "Motion") (Doc. 40).

    Facts subject to judicial notice include those which "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Fed. R. Evid. 201(b)(2)*. "The Court must take judicial notice if a party requests it and the Court is supplied with the necessary information." *Fed. R. Evid. 201(c)(2)*. Courts regularly take judicial notice of undisputed matters of public record, including documents on file in Federal or State Courts. *See e.g.*, *Beepot v. J.P. Morgan Chase Nat'l Servs. Inc.*, 57 F. Supp.3d 1358, 1366 (M.D. Fla. 2014) (quoting *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994) (holding "a court may take notice of another court's order ... for the limited purpose of recognizing the 'judicial act' that the order represents or the subject matter of the litigation.")).

Exhibits "A" – "V" are all documents of public record and include documents on file in Federal and State Courts. To the extent Exhibits "A" – "V" include dockets to the federal and state court proceedings, Deer Run further requests this Court to take judicial notice of any and all other documents on file in those proceedings which have been referenced in the Motion or which the Court may determine are appropriate to rely upon in ruling on Deer Run's Motion.

Deer Run offers Exhibits "A" – "V" in support of Deer Run's Motion to Dismiss the Debtor's Chapter 12 Case with Prejudice and for *in rem* Prospective Stay Relief, as these public records/filings, along with filings and deficiencies noted on this Court's docket, illustrate that this Chapter 12 case was not a *bona fide* Chapter 12 petition for relief, but rather another attempt to delay, hinder, and/or defraud Deer Run as a Secured Creditor of the Subject Property.

For the foregoing reasons, Deer Run respectfully requests this Court take judicial notice of Exhibits "A" through "V" of Deer Run's Motion to Dismiss Chapter 12 Case (Doc. 38), and all such other documents referenced therein, and all such other court filings and public records as the Court deems appropriate.

Dated this 20th day of September, 2021.

> ROSENBAUM PLLC
> *Counsel for Deer Run Property Owners' Association, Inc.*
> 250 S. Australian Avenue, 5th Floor
> West Palm Beach, FL 33401
> Telephone: (561) 653-2900
> Email: sbraten@rosenbaumpllc.com
> Email: lhenson@rosenbaumpllc.com
>
> By: /s/ Steven R. Braten, Esq.
>     Steven R. Braten, Esq.
>     Florida Bar No. 18074

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been served electronically this 20th day of September 2021 through the Court's CM/ECF system on all parties on the service list and by U.S. mail on the manual service list:

**Notice will be electronically mailed to:**

Anisa Nazarova, Debtor
almatovalina@mail.ru  (Per Doc. 36)

Michele A Cavallaro on behalf of Creditor Fidelity National Title Group
michele.cavallaro@fnf.com, andrea.brodsky@fnf.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

**Via US Mail**:

Anisa Nazarova
d.10 kv.12 Matrosova Street
Russian Federation, Barda
Perm area, 618150,

By: /s/ Steven R. Braten, Esq.
ATTORNEY