## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

IN RE:                                        **Case No. 9:21-bk-17336-MAM**

**ANISA NAZAROVA,**                            **Chapter 12**

      **Debtor.**

_____

### PNC BANK, N.A.'S MOTION FOR ORDER CONFIRMING
### THAT THE AUTOMATIC STAY IS NOT IN EFFECT

COMES NOW Party in Interest, PNC BANK, N.A. ("PNC"), by and through its undersigned counsel, and pursuant to Rules 4001 and 9013, Fed. R. Bankr. P., and 11 U.S.C. § 362(j), hereby files this Motion for an Order confirming that the automatic stay is not in effect, despite the filing of Anisa Nazarova's ("Nazarova") instant bankruptcy action. In support hereof, PNC states as follows:

1.     Nazarova commenced the instant action by the filing of her voluntary petition for relief under Chapter 12 of Title 11 of the United States Bankruptcy Code on July 29, 2021 (the "Petition Date"). (D.E. 1).

2.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157(a) and 11 U.S.C. § 362. This matter is governed by Rules 4001 and 9013, Fed. R. Bankr. P.

3.     In her petition, which Nazarova filed pro se in English,[1] Nazarova claimed that PNC is one of her creditors, without specifying the grounds upon which such assertion was made. (D.E. 1, p. 11). Nazarova also claimed that she filed in the Southern District because "Most of my

_____

[1] Belkova has testified twice under oath that Nazarova does not speak English. Belkova has also testified under oath at her deposition in 2019 that Nazarova does not speak, read or write English, Nazarova has never lived in the United States, and Nazarova has never visited the United States because she has been unable to obtain a visa. Attorney Mark Roher, who represented Nazarova in this action for a brief period of time, also confirmed that Nazarova does not speak English.

business assets are located in this district." (D.E. 1, at p. 2). Nazarova went on to claim under oath that she is a sole proprietor of "Family farms...located in Marion and Palm Beach counties," providing an address of 2251 Buck Ridge Trail, Loxahatchee, FL 33470. (D.E. 1, p. 4).

4.      The original petition did not contain Nazarova's original signature. Nazarova subsequently filed the petition with what was purported to be her original signature (D.E. 19), although she made no revisions to the petition itself, including the allegations described above.

5.      At a hearing on September 1, 2021, on Nazarova's Second Motion to Extend Time to File Schedules and Motion to Reschedule Meeting of Creditors (the "Second Motion"), Nazarova's attorney Mark Roher advised the Court that Nazarova did not hold legal or equitable title to the real property at 2251 Buck Ridge Trail, Loxahatchee, FL 33470 (the "Property"). A true and correct copy of the hearing transcript is attached hereto as Exhibit "A" and incorporated herein by reference.

6.      On September 1, 2021, the Court entered its Order denying Nazarova's Second Motion. (D.E. 30).

7.      Despite the Second Motion having been denied, Nazarova nonetheless filed her Schedules on September 22, 2021, through new counsel, David Merrill.[2] (D.E. 44).

8.      In her Schedules, Nazarova now claims, under penalty of perjury, to have an equitable interest in the Property, which Nazarova describes as a "family farm." (D.E. 44, p. 3, ¶ 1.2). Further, despite claiming an interest in "Land Trust 072003," Nazarova conveniently did not describe with specificity the nature of her interest in the Land Trust, despite the Schedule A/B instruction and requirement that she do so. (D.E. 44, pp. 8-9, ¶ 53).

---

[2] Mark Roher was granted leave to withdraw by the Court's Order of September 9, 2021. (D.E. 36).

9.      In addition, although Nazarova listed "PNC Bank Retail Lending" as having a secured claim against the Property in the amount of $317,654.47 in her Schedule D, she claims that she is the only one that owes the debt to PNC and that the debt is contingent, unliquidated and disputed. (D.E. 44, p. 14, ¶ 2.7).   In so alleging, under penalty of perjury, Nazarova has intentionally and willfully attempted to mislead this Court and the Trustee, as her sworn allegations are completely contradicted by the *actual* facts and chronology of events described herein.

10.     On December 21, 2020, several months before the Petition Date, PNC moved for and obtained an Order granting its Motion for Prospective *In Rem* Relief from the Automatic Stay (the "Stay Relief Order") (D.E. 90 therein) from the Honorable Roberta Colton, U.S. Bankruptcy Judge in the Middle District of Florida, Jacksonville Division, in Case No. 3:20-bk-2204, a Chapter 12 case commenced by Lilia Belkova ("Belkova"), who is purported to be Nazarova's daughter, although no proof of that claim has ever been offered by either Belkova or Nazarova.  A true and correct copy of the Stay Relief Order is attached hereto as Exhibit "B" and incorporated herein by reference.

11.     On April 23, 2021, further to the Stay Relief Order, PNC commenced an *in rem* foreclosure action in the United States District Court, Southern District of Florida, bearing Case No. 9:21-cv-80758-DMM (the "Foreclosure Action"). [3]  On September 10, 2021, attorney Mark Roher was authorized by the District Court to withdraw from representing Belkova in the

---

[3]  Belkova previously received a discharge of her obligation under the corresponding Note through her Chapter 7 bankruptcy action at Case No. 3:11-bk-07333.  *See* D.E. 57 therein.   PNC respectfully requests that the Court take judicial notice of this Discharge, along with all other filings from other cases that are cited, quoted and/or referenced herein. *In re Delta Resources, Inc.*, 54 F. 3d 722, 725 (11th Cir. 1995); Rule 201, Fed. R. Evid.

foreclosure action,[4] and attorney Merrill has since appeared on behalf of Belkova in that case. Nazarova is not a party to the Foreclosure Action.

12.    Nazarova has no legal or equitable ownership interest in the Property and has no personal obligation to PNC for the associated indebtedness related thereto.  The Property is not property of Nazarova's bankruptcy estate.

13.    To the contrary, as of May 12, 2017, the Honorable Jerry A. Funk, in Belkova's Chapter 12 bankruptcy case at Case No. 3:13-bk-7570, held in the Confirmation Order entered therein, that Belkova owned the Property. (D.E. 393 therein).  More specifically, Judge Funk stated, in pertinent part, "The property of the estate revests in the Debtor or in any other entity provided for by the Debtor in the terms of the confirmed Chapter 12 Plan upon entry of this Order," and more notably, "Deer Run Property Owners Association Inc. (Deer Run) may proceed in all respects with the pending legal action against the Debtor for alleged violation of the Declaration and related claims *concerning 2251 Buckridge Trail, Loxahatchee, FL 33470 aka Lot 122, which the Debtor owns*." (D.E. 393 ¶¶ 10, 18 therein) (Emphasis added).  A true and correct copy of the Confirmation Order entered in Belkova's 2013 bankruptcy case is attached hereto as Exhibit "C" and incorporated herein by reference.

14.    Prior to the entry of the Confirmation Order, Belkova executed and recorded a Quitclaim Deed for the Property, whereby she transferred title to the Property from Trust Management LLC, as Successor Trustee to the Land Trust Agreement No. 072003 dated 2/9/04 to Lilia Belkova, as Successor Trustee to the Land Trust Agreement No. 072003 dated 2/9/04.[5]

---

[4] Mr. Roher reappeared in the Foreclosure Action on September 20, 2021, although he did not specifically reappear on behalf of Belkova. (D.E. 52 therein).
[5]  The records of Florida's Division of Corporations at www.sunbiz.org reflect that Trust Management LLC was administratively dissolved on September 25, 2009, for failing to file its 2009 Annual Report.  In its 2008 Annual Report, however, Belkova is listed as the sole manager

Although the Deed purports to have been executed on September 29, 2009, Belkova did not record it in the Official Records of Palm Beach County until January 30, 2012. A true and correct copy of the applicable Deed is attached hereto as Exhibit "E" and incorporated herein by reference.

15.     More recently, on July 2, 2021, Belkova executed and recorded a Trustee's Deed for the Property, whereby she transferred title to the Property from Lilia Belkova as Successor Trustee to the Land Trust Agreement No. 072003 dated 2/9/04 to Your Florida Realty Services LLC, as Successor Trustee to the Land Trust Agreement No. 072003 dated 2/9/04.[6] A true and correct copy of the applicable Deed is attached hereto as Exhibit "G" and incorporated herein by reference.

16.     In addition, the Land Trust Agreement expressly describes the beneficiaries' interest as follows: "The interests of the beneficiaries hereunder and of any person who becomes entitled to any interest under this Trust shall consist solely of a power of direction to deal with the title to said property and to manage and control said property as hereinafter provided and the right to receive the proceeds from rentals, mortgages, sales or other dispositions shall be deemed to be personal property and may be treated, assigned and transferred as such. *No beneficiary now has, or shall hereafter at any time have, any right, title or interest in or to any portion of said real estate as such, either legal or equitable, but only an interest in the earnings, avails and proceeds as*

---

and registered agent for this entity. A true and correct copy of the 2008 Annual Report is attached hereto as Exhibit "D" and incorporated herein by reference.

[6] The records of Florida's Division of Corporations at www.sunbiz.org reflect that Belkova formed Your Florida Realty Services LLC on June 10, 2021. Belkova is also listed as the sole manager and registered agent for this entity. A true and correct copy of the Electronic Articles of Organization is attached hereto as Exhibit "F" and incorporated herein by reference.

*aforesaid; it being the intention of this instrument to vest the full legal and equitable title to said premises in the Trustee.*" (D.E. 38-2) (Emphasis added).[7]

17.    11 U.S.C. § 362(j) states, "On request of a party in interest, the court shall issue an order under subsection (c) confirming that the automatic stay has been terminated."

18.    Although PNC has *in rem* relief from the automatic stay through the Stay Relief Order obtained in Belkova's 2020 bankruptcy case, as detailed above, PNC respectfully seeks confirmation from the Court that the relief previously granted by Judge Colton entitles and authorizes PNC to enforce its *in rem* rights and remedies to foreclose upon, and obtain possession of, the Property, including the conduct of any post-sale proceedings such as eviction, as deemed necessary, in the Foreclosure Action.   PNC is not pursuing an *in personam* judgment against Belkova, and has no current intention to pursue an *in personam* judgment against Nazarova.

WHEREFORE, PNC BANK, N.A. respectfully requests that the Court enter an Order confirming that the automatic stay is not in effect; that PNC, its successors and/or assigns may proceed under applicable non-bankruptcy law to enforce PNC's rights and remedies against the Property, including the continued prosecution of its Foreclosure Action and the prosecution of any related or ancillary eviction proceedings; for such further relief as the Court deems just and proper.

Dated this 30th day of September, 2021.

McGLINCHEY STAFFORD

*/s/ Kimberly H. Israel*
Kimberly Held Israel
Florida Bar No. 47287
10407 Centurion Pkwy. N., Ste. 200
Jacksonville, FL 32256
Telephone: (904) 224-4449

---

[7] Paragraph 9 of the Land Trust Agreement likewise states, in pertinent part, "While the Trustee is sole title holder of the real estate held by him hereunder so far as the public is concerned and has full power to deal with it…"

Fax: (904) 485-8083
kisrael@mcglinchey.com
cgipson@mcglinchey.com
***Attorneys for Party in Interest, PNC
BANK, N.A.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served, via CM/ECF and/or E-mail, this **30th** day of **September, 2021**, to: **David Merrill, Esq.,** dlmerrill@theassociates.com, *Attorney for Debtor*; **Robert C. Furr, Esq.,** rfurr@furrcohen.com, *Trustee*; **Heidi A. Feinman, Esq.,** Heidi.A.Feinman@usdoj.gov, *Office of the U.S. Trustee*; and all other parties in interest on the attached mailing matrix.

*/s/ Kimberly Held Israel*
ATTORNEY

Label Matrix for local noticing
113C-9
Case 21-17336-MAM
Southern District of Florida
West Palm Beach
Thu Sep 30 17:10:46 EDT 2021

Deer Run Property Owners' Association,
c/o Steven R. Braten
250 South Australian Ave., Suite 500
West Palm Beach, FL 33401-5006

Fidelity National Title Group
2533 N 117th Ave
Omaha, NE 68164-3679

Palm Beach County Tax Collector
c/o Hampton Peterson, Esq.
POB 3715
West Palm Beach, FL 33402-3715

Constitutional Tax Collector
for Palm Beach County
301 N. Olive Ave
West Palm Beach, FL 33401-4703

Deer Run Property Owners Association, Inc
c/o Rosenbaum PLLC,
250 Australian Avenue South, 5th Floor
West Palm Beach, FL 33401-5018

Enterprise Funding Solutions LLC
14125 N. Rd
Loxahatchee, FL 33470-4603

FNA DZ, LLC
120 N. LaSalle, Suite 1220
Chicago, IL 60602-3797

Fidelity National Title Group
Commonwealth Land Title
Insurance Company
2533 N 117th Ave
Omaha, NE 68164-3679

Florida Power & Light
700 Universe Boulevard
Juno Beach, FL 33408-2683

Marion County Tax Collector
503 SE 25th Ave.
Ocala, FL 34471-9181

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pine Valley One Real Estate, LLC
100 N. LaSalle, St., 710
Chicago, IL 60602-5045

Shawna Harding
c/o Alexander Domb, P.A.
11199 Polo Club Rd Ste 1
Wellington, FL 33414-6000

Sumter Electric Cooperative Inc
330 S US Highway 301
Sumterville, Fl 33585-4903

Anisa Nazarova
d.10 kv.12 Matrosova Street
Russian Federation, Barda
Perm area, 618150 Russia

David L. Merrill Esq.
Harbour Financial Center
2401 PGA Boulevard Suite 280M
Palm Beach Gardens, FL 33410-3500

Robert C Furr
www.furrtrustee.com
2255 Glades Road Ste 419A
Boca Raton, FL 33431-7379

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank, N.A.
P.O. Box 1820
Dayton, Ohio 45401-1820

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19