

ORDERED in the Southern District of Florida on October 20, 2021.

*Mindy A. Mora*

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ANISA NAZAROVA,                               Case No.: 9:21-bk-17336-MAM

Debtor.                                       Chapter 12

---

### ORDER GRANTING PNC BANK, N.A.'S MOTION FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY IS NOT IN EFFECT

THIS CAUSE came before the Court on October 13, 2021, on *PNC Bank, N.A.'s Motion for Order Confirming that the Automatic Stay is Not in Effect* (the "Motion") (D.E. 50), previously filed herein. For the reasons stated on the record in open court at the hearing and the provisions of 11 U.S.C. §362(j), it is

**ORDERED:**

1. The Motion (D.E. 50) is **GRANTED**.

2. The automatic stay is not in effect as to PNC BANK, N.A., who is authorized to pursue and enforce its *in rem* rights and remedies in and against the real property located at

1

Lot 122 DEER RUN, according to the Plat thereof as recorded in Plat Book 35, Page 34, of the Public Records of Palm Beach County, Florida.

##

*Attorney Kimberly Held Israel is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the Order.*