


**ORDERED in the Southern District of Florida on December 29, 2021.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Case No.: 21-17336-MAM

Anisa Nazarova Chapter 12

Debtor.
_______________________________/

**ORDER SETTING CONTINUATION OF EVIDENTIARY HEARING BY VIDEO CONFERENCE**
**[ECF No. 64]**

**THIS MATTER** came before the Court upon Creditor **Deer Run Property Owners' Association, Inc. Motion to Dismiss Case for With Prejudice for Bad Faith filing, or in the alternative Motion for Relief from Stay Prospective For Two Years** (ECF No. 40) ("Deer Run's Motion"), **Creditor Fidelity National Title Group's Motion to Dismiss Case with Prejudice** (ECF No. 49) ("Fidelity's Motion"), the **Chapter 12 Trustee's Joinder (Additional) to Deer Run's Motion and Fidelity's Motion** (ECF No. 80) and the **Debtor's Amended Response to Deer Run's and Fidelity's Motion** (ECF No. 66), and **Fidelity's Reply** (ECF No. 67) for Evidentiary Hearing on December 16, 2021 at 9:30AM (ECF No. 64], which, due to time constraints, was not completed. Accordingly, the Court has continued the Evidentiary Hearing pursuant to and accordance with this ORDER, as follows:

1. **HEARING; SERVICE**. The Court will conduct the continuation of the evidentiary hearing on **January 28, 2022 at 9:30 a.m.** Time permitting, the

Court will also take up for hearing on January 28, 2022 the following outstanding motions, applications and objections:

a. Motion to Receive Post-Petition Retainer filed by the Debtor (ECF No. 60);

b. Objection to Debtor's Motion to Receive Post-Petition Retainer filed by Deer Run (ECF No. 70)

c. Joinder in Deer Run's Objection to Debtor's Motion to Receive Post-Petition Retainer filed by PNC Bank, N.A. (ECF No. 71);

d. Motion to Withdraw as Attorney of Record filed for the Debtor filed by David L. Merrill, Esq. (ECF No. 72).

e. Application for Compensation for David L. Merrill, Esq. (ECF No. 78).

f. Objection to Motion to Receive Post-Petition Retainer filed by Chapter 12, Robert C. Furr, Esq. (ECF No. 81);

g. Amended Application for Compensation for David L. Merrill, Esq., Attorney for Debtor (ECF No. 86) (Amending ECF No. 78).

Counsel for Movant Deer Run shall serve a copy of this Order on all appropriate parties and file a certificate of service thereof as required by this Court's local rules.

2. **VIDEO CONFERENCE PROCEDURES.** The parties are DIRECTED to comply with the *General Procedures for Hearings by Video Conference* found on Judge Mora's webpage at www.flsb.uscourts.gov. To the extent that the procedures on Judge Mora's web page conflict with the instructions in this Order, this Order shall govern.

3. **REGISTRATION TO PARTICIPATE IN HEARING BY VIDEO CONFERENCE; LIMIT ON PARTICIPATION BY VIDEO**. All parties wishing to participate in the hearing by video conference shall register online at the following link: https://www.zoomgov.com/meeting/register/vJIsdumrqz8sH8DeIK-qz2983n8W2C7gWZo

   Participants must register at the link above no later than **4:00 p.m. four (4) business days before the hearing**.

4. **PUBLIC ACCESS.** Any person wishing to listen to the hearing by telephone must contact Maria Romaguera, solely by email at **Maria_Romaguera@flsb.uscourts.gov** to obtain dial-in instructions by no

later than 3:00 p.m. at least two (2) business days prior to the date of the hearing. The Court cannot process untimely requests.

5. **EXHIBITS.** For the reasons stated on the record by the Court on December 16, 2021, within ten (10) business days of the date of this Order, Deer Run shall file with the Court and serve upon counsel for the Debtor, certified copies of Exhibits 1, 2, 4, 16, 19, 26,31, 32 and 33 (as listed in Deer Run's Exhibit Register (ECF No. 82)), which were conditionally entered into evidence by the Court on December 16, 2021 subject to Deer Run's compliance with this paragraph 5. The Debtor shall have five (5) business days from the date Deer Run files an Amended Exhibit Register with certified copies of the foregoing exhibits to object. The Debtor's objection to each such exhibit shall be limited to Deer Run's certified copies not matching the corresponding non-certified copies filed with Deer Run's Exhibit Register (ECF No. 82).

6. **FINAL ARGUMENT**. At the conclusion of the hearing, the Court will hear final argument. The Court may request that each party file a proposed order with findings of fact and conclusions of law.

7. **SETTLEMENT**. If the contested matter is settled, the parties shall submit to the Court a stipulation approved by all parties and a motion for approval of the same prior to the date of the hearing. If a stipulation and motion are not submitted to the Court, all parties shall be prepared to proceed with the hearing. If the contested matter is removed from the calendar based upon the announcement of a settlement, the contested matter will not be reset for hearing if the parties fail to consummate the settlement. In such event, the Court will consider only a motion to enforce the settlement, unless the sole reason the settlement is not consummated is that the Court did not approve the settlement, in which case the matter will be reset for hearing at a later date.

8. **SANCTIONS**. Failure to appear at the hearing or to comply with any provision of this order may result in appropriate sanctions, including the award of attorney's fees, striking of papers, or the exclusion of exhibits or witnesses.

9. **CONTINUANCES**. Continuances of the hearing or any deadlines set forth in this order must be requested by written motion. Any request for continuance or amendment to this order shall set forth the reasons why the party or parties seek a continuance.

###

Copy to:

David L. Merrill, Esq. – dlmerrill@theassociates.com

Michele A Cavallaro on behalf of Creditor Fidelity National Title Group
michele.cavallaro@fnf.com, andrea.brodsky@fnf.com

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

Robert C Furr, Esq on behalf of Trustee Robert C Furr
ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;
staff1@furrcohen.com

Kimberly H Israel on behalf of Creditor PNC Bank, N.A.
kisrael@mcglinchey.com, cgipson@mcglinchey.com

*Attorney Steven R. Braten shall immediately serve this Order upon all interested parties and file a certificate of service with the Court that conforms with Local Rule 2002-1(F).*