

ORDERED in the Southern District of Florida on February 1, 2022.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
www.flsb.uscourt.gov

| | |
|---|---|
| In Re: | |
| ANISA NAZAROVA | Case No.: 21-17336-MAM |
| Debtor. | Chapter 12 |
| _____/ | |

### ORDER GRANTING DEBTOR'S MOTION TO TENDER POST-PETITION RETAINER [DE#60]

THIS CAUSE came before the court on January 28, 2022 at 9:30 AM upon the *Debtor's Motion To Tender Post-Petition Retainer* [DE #60]. The court has reviewed the file and the Motion, has heard the argument of counsel, and found good cause for the granting of the same for the reasons recited on the record. Accordingly

**It is ORDERED** that:

1. The Motion is GRANTED.

2. David Lloyd Merrill, Esq and The Associates are permitted to received post-petition Retainer from Debtor.

###

**Submitted by**: David Lloyd Merrill, Esquire, The Associates, Harbour Financial Center, 2401 PGA Boulevard, Suite 280M, Palm Beach Gardens, FL 33410; Office 561.877.1111 Fax 772.409.6749; dlm@theassociates.com, shall serve a copy of this order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).