# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                Case No. 21-17336-MAM
                                                                              Chapter 12

Anisa Nazarova

Debtor

_____/

**EXHIBIT REGISTER**

[Stamp: U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA-WPB — DEC 16 2021 — FILED / RECEIVED]

Exhibits Submitted on behalf of:   ☐ Plaintiff   ☐ Defendant   ☐ Debtor   ☒ Other:  Creditor

Submitted By: Steven R. Braten, Esq., Rosenbaum PLLC, 250 Australian Avenue South, 5th FL, West Palm Beach, FL 33401; (561)653-2900
(name, address, and phone number)

Date of Hearing/Trial: 12/16/2021      Type of Hearing/Trial: Evidentiary

[Handwritten left margin: "Cardinomally"]

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| C   1. | Quit Claim Deed dated 9/29/2009 recorded 1/30/2012 in O.R. Book 24985, Page 1196 of the Public records of Palm Beach County, Florida. | ✓ | | |
| C   2. | **Land Trust Agreement** dated 2/9/2004 | ✓ | | |
| 3. | **Court Docket** (*In Re: Lilia Belkova, Case No.: 3:13-bk-07570-RCT; Middle District of Florida – Jacksonville Division*) | | | |
| C   4. | **Agreed Order Granting Deer Run Property Owners' Association, Inc.'s Motion for Relief from the Automatic Stay** dated 12/15/2015 (*In Re: Lilia Belkova, Case No.: 3:13-bk-07570-RCT; Middle District of Florida – Jacksonville Division*) | ✓ | | |
| 5. | **Order of Dismissal** dated 11/16/2016 (*Lilia Belkova v. Deer Run Property Owners' Association, Inc.; Case No.: 5:16-cv-295-Oc-30, Middle District of Florida – Ocala Division*) | | | |

[Handwritten at bottom:]
10 days (b/z) to provide cert cert copies
5 b/z days to object

| # | Description | | | |
|---|---|---|---|---|
| 6. | **Amendment to Schedule C** (*In Re: Lilia Belkova, Case No.: 13-bk-07570-JAF; Middle District of Florida – Jacksonville Division*) | | | |
| 7. | **Answer to Complaint with Affirmative Defenses** (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.*; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida | | | |
| 8. | **Court Docket** (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, Unknown Tenant One and Unknown Tenant Two*; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida) | | | |
| 9. | **Order Denying Defendant Lilia Belkova's Verified Emergency Motion to Continue Hearing on Plaintiff's Motion for Summary Judgment Set for April 29, 2021** dated 6/9/2021 (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.*; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida) | | | |
| 10. | **Order Granting Plaintiff Deer Run Property Owners Association, Inc.'s Amended Motion for Summary Judgment** dated 6/9/2021 (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.*; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida) | | | |
| 11. | **Order Awarding Plaintiff Attorney's Fees and Costs** dated 9/13/2021 (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.*; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida) | | | |
| 12. | **Enterprise Funding Solutions LLC Mortgage and Security Agreement dated 7/13/2019** recorded 8/14/2019 in O.R. Book 30824, Page 1307 of the Public Records of Palm Beach County, Florida. | | | |
| 13. | **Court Docket** (*In Re: Lilia Belkova Russo, Case No.: 20-15112-MAM, U.S. Bankruptcy Court, Southern District of Florida – West Palm Beach*) | | | |

| | | | | | |
|---|---|---|---|---|---|
| C | 14. | **Order Granting Trustee's Motion to Dismiss Bankruptcy Case without Prejudice** dated 6/22/2020 (*In Re Lilia Belkova Russo, Case No.: 20-15112-MAM, U.S. Bankruptcy Court, Southern District of Florida (West Palm Beach Division)*) | | | |
| | 15. | **Court Docket** (*In Re Lilia Belkova Russo, Case No.: 3:20-bk-02204-RTC, U.S. Bankruptcy Court, Middle District of Florida – Jacksonville Division*) | | | |
| C | 16. | **Order Confirming Sixth Amended Chapter 12 Plan** (*In Re: Lilia Belkova, Case No.: 3:13-bk-07570-RCT; Middle District of Florida – Jacksonville Division*) | ✓ | | |
| | 17. | **Schedule A** filed 8/14/2020 (*In Re Lilia Belkova Russo, Case No.: 3:20-bk-02204-RTC, U.S. Bankruptcy Court, Middle District of Florida – Jacksonville Division*) | | | |
| | 18. | **Order Granting Motion by Deer Run Property Owners' Association, Inc. for Order of Dismissal and Imposing Bar to Future Filings for a Period of One Year** dated 11/19/2020 (*In Re: Lilia Belkova Russo; U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division – Bankruptcy Case No.: 3:20-bk-02204-RTC*) | | | |
| C (cert by BK Chy Clerk) | 19. | **Certified copy of Order Granting Motion for Prospective Relief from the Automatic Stay** dated 11/23/2020, recorded 3/19/2021 in O.R. Book 32299, Page 1066 of the Public Records of Palm Beach County, Florida (*In Re: Lilia Belkova Russo; U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division – Bankruptcy Case No.: 3:20-bk-02204-RTC*) | ✓ | | |
| | 20. | **Transcript of 11/19/2020 Hearing** before the Honorable Roberta A. Colton (*In Re: Lilia Belkova Russo; U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division – Bankruptcy Case No.: 3:20-bk-02204-RTC*) | | | |
| | 21. | **Notice of Appeal** filed 12/17/2020 (*In Re: Lilia Belkova Russo; U.S. Bankruptcy Court, Middle District of Florida, Jacksonville Division – Bankruptcy Case No.: 3:20-bk-02204-RTC*) | | | |
| | 22. | **Order granting Appellant's Motion for Clarification of Initial Brief due Date and Motion to file Initial Brief in Excess of Page/Word Limits Due to Consolidation** dated 3/23/2021 (*Lilia Belkova Russo v. Deer Run Property Owners' Association, Inc., et al.; Case No.: 50:20-cv-619-TJC*) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 23. | **Order granting Appellant's Motion for Extension of Time** dated 8/2/2021 (*Lilia Belkova Russo v. Deer Run Property Owners' Association, Inc., et al.; Case No.: 50:20-cv-619-TJC*) | | | |
| | 24. | **Order granting Appellant's Motion for Final Extension to File Initial Brief** dated 9/3/2021 (*Lilia Belkova Russo v. Deer Run Property Owners' Association, Inc., et al.; Case No.: 50:20-cv-619-TJC*) | | | |
| | 25. | **Order denying Mark S. Roher, Esquire's Expedited Motion to Withdraw as Counsel** dated 9/13/2021 (*Lilia Belkova Russo v. Deer Run Property Owners' Association, Inc., et al.; Case No.: 50:20-cv-619-TJC*) | | | |
| C | 26. | **Trustee's Deed dated 7/2/2021**, recorded 7/2/2021 in O.R. Book 32652, Page 413 of the Public Records of Palm Beach County, Florida. | ✓ | | |
| | 27. | **Electronic Articles of Organization for Florida Limited Liability Company** filed 6/10/2021 | | | |
| | 28. | **Debtor's Summary of Assets and Liabilities, Schedules of Financial Affairs and Notice of Compliance** filed 9/22/21 (Doc 44) *(filed by D. Merrill)* | ✓ | | |
| | 29. | **Affidavit of Anisa Nazarova** dated 11/29/2021 (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida*) | | | |
| C | 30. | **Proposed Intervenor's Notice of Filing of Certified Copy of Trust Agreement known as Trust 072003 dated 02/09/04 together with Amendment Recorded in Official Records of Palm Beach County** (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida*) | ✓ | | |
| C | 31. | **Final Judgment of Foreclosure** dated 9/13/2021 (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida*) | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| C | 32. | **Certificate of Sale dated 10/13/2021** (*Deer Run Property Owners Association, Inc. v. Lilia Belkova as Successor Trustee of Land Trust Agreement No. 072003, et al.*; Case No.: 502017CC001472, County Court of the 15th Judicial Circuit in and for Palm Beach County, Florida) | ✓ | | |
| C | 33. | **Governing Documents for Deer Run Property Owners Association, Inc.** as recorded in the Public records of Palm Beach County, Florida. | ✓ | ✗ | |

Respectfully submitted,
ROSENBAUM PLLC
*Counsel for Deer Run Property Owners' Association, Inc.*
250 S. Australian Avenue, 5th Floor
West Palm Beach, FL 33401
Telephone: (561) 653-2900
Email: sbraten@rosenbaumpllc.com
Email: lhenson@rosenbaumpllc.com

By: /s/ Steven R. Braten, Esq.
    Steven R. Braten, Esq.
    Florida Bar No. 18074

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served on the parties listed below in the manner indicated this 10th day of December 2021.

**Notice will be electronically mailed to:**

Michele A Cavallaro
michele.cavallaro@fnf.com, andrea.brodsky@fnf.com

Heidi A Feinman
Heidi.A.Feinman@usdoj.gov

Robert C Furr
danderson@furrcohen.com, rcf@trustesolutions.net

Kimberly H. Israel
kisrael@mcglinchey.com, cgipson@mcglinchey.com

David L. Merrill
dlmerrill@theassociates.com,      dmaharrey@theassociates.com,      rgerman@theassociates.com,
bwhall@theassociates.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Hampton Peterson
legalservices@PBCTax.com

**Via US Mail to:**

Enterprise Funding Solutions LLC
14125 N Road
Loxahatchee, FL 33470-4603

Marion County Tax Collector
503 SE 25th Avenue
Ocala, FL 34471-9181

By: /s/ Steven R. Braten, Esq.
ATTORNEY